**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7417**

———————

BERNARD L. STATEN,

                Plaintiff – Appellant,

     v.

ANTHONY W. BATTS, Baltimore City Police Commissioner; CORPORAL MCEVOY, Badge No. 2784; DETECTIVE MICHAEL, Badge No. 2873; DETECTIVE COLLINS, Badge No. 3254; DETECTIVE NACKE, Badge No. 3322; DETECTIVE LEE, Badge No. 3913; DETECTIVE MCCOLLEN, Badge No. 4066,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, Chief District Judge.  (1:15-cv-00599-CCB)

———————

Submitted:  December 17, 2015     Decided:  December 22, 2015

———————

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Bernard L. Staten, Appellant Pro Se. Kristen Elissa Hitchner, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard L. Staten seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiencies identified by the district court may be remedied by the filing of an amended complaint, we conclude that the order Staten seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2